# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JOEY KADMIRI,<br>    Appellant,<br>  vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 79501 |
| JOEY KADMIRI,<br>    Appellant,<br>  vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 80041 |
| JOEY KADMIRI,<br>    Appellant,<br>  vs.<br>THE STATE OF NEVADA; AND THE<br>STATE OF NEVADA DEPARTMENT<br>OF CORRECTIONS,<br>    Respondents. | No. 80042 ✓ |

**FILED**

JAN 06 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
  DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These appeals were initiated by the filing of pro se notices of appeal in various criminal matters. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Appellant has filed motions to voluntarily dismiss these appeals. Cause appearing, the motions are granted and this court

ORDERS these appeals DISMISSED.

_____, J.
  Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:     Hon. Eric Johnson, District Judge
Joey Kadmiri
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A